# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Luis Perales | ) | Chapter 13 |
| Cynthia Perales | ) | Case No. 14 B 14592 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Luis Perales
Cynthia Perales
4458 S Sawyer Ave
Chicago, IL 60632

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On January 21, 2016 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, January 6, 2016.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On April 18, 2014, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on July 07, 2014, for a term of 60 months with payments of $1,203.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 21 | $20,776.00 | $13,453.82 | $7,322.18 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/05/2016
Due Each Month: $1,203.00
Next Pymt Due: 01/18/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/21/2015 | 57309 | $92.54 | 10/27/2015 | 57313 | $92.54 |
| 11/03/2015 | 57317 | $92.54 | 11/09/2015 | 57321 | $92.54 |
| 11/16/2015 | 57325 | $92.54 | 11/23/2015 | 57329 | $92.54 |
| 12/01/2015 | 57331 | $92.54 | 12/08/2015 | 57333 | $92.54 |
| 12/16/2015 | 57335 | $92.54 | 12/28/2015 | 57357 | $92.54 |
| 12/28/2015 | 624816 | $370.16 | 12/29/2015 | 57340 | $92.54 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE